IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

| | |
|---|---|
| ORRSTOWN BANK | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:12-CV-00345-RDB |
| ARES INVESTMENTS GROUP, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING
CONSENT MOTION FOR ORDER EXTENDING TIME
WITHIN WHICH TO RESPOND TO COMPLAINT AND
TO FILE MOTIONS TO VACATE, OPEN OR MODIFY CONFESSED JUDGMENTS

Upon consideration of the Consent Motion for Order Extending Time Within Which to Respond to Complaint and to File Motions to Vacate, Open or Modify Confessed Judgments (the "Consent Motion"), good cause having been shown, and the parties having consented to the relief herein, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 105.9, it is this 2nd day of March, 2012, by the United States District Court for the District of Maryland

**ORDERED**, that the Consent Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the time period within which each of the Defendants is required to answer or otherwise respond to the Complaint hereby is extended through and including Monday, April 9, 2012; and it is further

**ORDERED**, that the time within which each of the Defendants has to file a motion to vacate, open or modify the confessed judgments entered in this action shall be extended through and including Monday, April 9, 2012.

/s/ Richard D. Bennett
Richard D. Bennett
United States District Court Judge

cc: Daniel P. Moylan
Matthew R. Alsip
Christine C. Carey
Venable LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Maryland 21204

Paul M. Nussbaum
Gary S. Posner
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202

Ash Azadi
c/o Ares Investment Group, LLC
12803 Oak Hill Avenue, Suite A1
Hagerstown, MD 21742

Morris Azadi
c/o Ares Investment Group, LLC
12803 Oak Hill Avenue, Suite A1
Hagerstown, MD 21742

Simin Azadi
c/o Ares Investment Group, LLC
12803 Oak Hill Avenue, Suite A1
Hagerstown, MD 21742
1990859

2