**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)**

| | |
|---|---|
| ORRSTOWN BANK | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:12-CV-00345-RDB |
| ARES INVESTMENTS GROUP, et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER VACATING CONFESSED JUDGMENTS**

Upon consideration of the Motion to Vacate or, in the Alternative, to Open Confessed Judgments (the "Motion"), along with the memorandum in support thereof and any opposition thereto, and being fully advised, it is this ____ day of _____, 2012 by the United States District Court for the District of Maryland

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further

**ORDERED**, that all judgments of confession entered by this Court in the above-captioned action, be and hereby are **VACATED**.

_____
United States District Court Judge

1997043