**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)**

| | |
|---|---|
| ORRSTOWN BANK | * |
|    Plaintiff, | * |
| v. | *   Civil Action No. 1:12-CV-00345-RDB |
| ARES INVESTMENTS GROUP, et al., | * |
|    Defendants. | * |

\*   \*   \*   \*   \*     \*   \*   \*   \*   \*   \*

**REQUEST FOR HEARING ON MOTION TO VACATE OR,
IN THE ALTERNATIVE, TO OPEN CONFESSED JUDGMENTS**

Defendants Ares Investment Group, LLC ("Ares"); Aristaeus, LLC ("Aristaeus"); Aristodemos Capital Group, LLC ("Aristodemos"); Ariston Real Estate Group, LLC ("Ariston"); Catania USA, LLC ("Catania"); Have A Bowl, LLC ("Have A Bowl"); Northwind Townhomes, LLC ("Northwind"); Polar, LLC ("Polar"); and Ugo, LLC ("Ugo") (collectively, the "Entity Defendants"), and Morris Azadi ("Morris"), Ash Azadi ("Ash"), and Simin Azadi ("Simin") (collectively, the "Individual Defendants" or the "Azadis" and together with the Entity Defendants, collectively, the "Defendants"), by their undersigned counsel, request a hearing upon Defendants' Motion to Vacate or, in the Alternative, to Open Confessed Judgments and Plaintiffs' opposition, if any, thereto.

Respectfully submitted,

/s/ Gary S. Posner
Paul M. Nussbaum (Bar No. 04394)
Gary S. Posner (Bar No. 05863)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone:  (410) 347-8700
Facsimile:  (410) 223-4394
Facsimile:  (410) 223-4306
pnussbaum@wtplaw.com
gposner@wtplaw.com

*Counsel for the Defendants*

1997223