**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)**

| | |
|---|---|
| ORRSTOWN BANK | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:12-CV-00345-RDB |
| ARES INVESTMENTS GROUP, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants Ares Investment Group, LLC; Aristaeus, LLC; Aristodemos Capital Group, LLC; Ariston Real Estate Group, LLC; Catania USA, LLC; Have A Bowl, LLC; Northwind Townhomes, LLC; Polar, LLC; Ugo, LLC; Morris Azadi , Ash Azadi, and Simin Azadi, by their undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, submits this Corporate Disclosure.

1.  <u>Parent Company and Publicly Held Ownership</u>.  None of the LLC Defendants has a parent corporation or any publicly held corporation owning ten percent (10%) or more of its stock.

2.  <u>Affiliates and Other Entities with a Financial Interest in the Outcome of the Litigation</u>.  There are no affiliates, corporations, unincorporated associations, partnerships, or other business entities, not a party to the case which may have any financial interest whatsoever in the outcome of the litigation.

Respectfully submitted,


/s/ Gary S. Posner
Paul M. Nussbaum (Bar No. 04394)
Gary S. Posner (Bar No. 05863)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone:  (410) 347-8700
Facsimile:  (410) 223-4394
Facsimile:  (410) 223-4306
pnussbaum@wtplaw.com
gposner@wtplaw.com

*Counsel for the Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April, 2012, a copy of the foregoing *Defendants' Corporate Disclosure Statement*, was sent, via the Court's ECF system, electronic mail and first class, United States mail, postage prepaid, to:

>Daniel Patrick Moylan, Esquire
>Matthew Ryan Alsip, Esquire
>Christine C. Carey, Esquire
>Venable LLP
>210 W. Pennsylvania Avenue
>Suite 500
>Towson, Maryland  21204

>/s/ Gary S. Posner
>Gary S. Posner

1997326