**VENABLE**® LLP

210 W. PENNSYLVANIA AVENUE   SUITE 500   TOWSON, MD 21204
T 410.494.6200   F 410.821.0147   www.Venable.com

t 410.494.6366
f 410.821.0147
mralsip@venable.com

April 10, 2012

***VIA CM-ECF FILING***
Clerk of the Court
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Orrstown Bank v. Ares Investment Group, LLC, et al.*
            Case No.: 1:12-cv-00345-RDB

Dear Clerk:

       I represent Plaintiff, Orrstown Bank, in connection with this matter. On February 6, 2012, Orrstown Bank filed its initial Complaint for Confession of Judgment and Breach of Contract. (ECF No. 1). On March 12, 2012, Orrstown Bank filed its First Amended Complaint for Confession of Judgment and Breach of Contract. (ECF No. 21).

       It came to our attention this morning, upon reviewing Defendants' motion to vacate filed last night (ECF No. 23), that the Complaint and First Amended Complaint (and some of the exhibits thereto) contain certain personal or confidential information concerning Defendants that was inadvertently not redacted before filing.

       Accordingly, I am attaching hereto a redacted First Amended Complaint and a full set of the exhibits, with appropriate redactions made to the exhibits. I understand that, upon the filing of these redacted documents, the Court will restrict public access to ECF Nos. 1 & 21.

       Finally, per my discussion this morning with Ms. Holly Lee, I understand that there is no need for Orrstown Bank to file hard copies of the attached redacted documents.

       Please feel free to call me if you have any questions. Thank you.

                                          Very truly yours,

                                          Matthew R. Alsip

Attachments

cc:    Counsel for Defendants (*via CM-ECF*)