IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 APR 18  P 4: 44

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| ORRSTOWN BANK, | * |
| Plaintiff, | * |
| v. | * Civil No. 1:12-cv-00345 RDB |
| ARES INVESTMENT GROUP, LLC, et al., | * |
| Defendants. | * |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend Briefing Deadlines and Stay and/or Vacate Scheduling Order (the "Motion"), it is hereby ORDERED that:

1) The Motion shall be, and hereby is, GRANTED; and

2) The briefing deadlines with respect to Defendants' Motion to Vacate (ECF No. 23) and Defendants' Counterclaim (ECF No. 24) shall be, and hereby are, as follows:

| | |
|---|---|
| Orrstown Bank's deadline to respond to the Motion to Vacate and respond to the Counterclaim, by answer or motion. | May 16, 2012 |
| Defendants' deadline to file a reply memorandum in support of the Motion to Vacate, and deadline to file an opposition memorandum to any motion filed by Orrstown Bank in response to the Counterclaim. | June 15, 2012 |
| Orrstown Bank's deadline to file a reply memorandum in support of any motion filed in response to the Counterclaim. | July 2, 2012 |

Either party may move to amend these deadlines for good cause.

1

3) The Scheduling Order (ECF No. 28) shall be, and hereby is, STAYED and VACATED pending resolution of any motion filed by Plaintiff to dismiss the Counterclaim and resolution of Defendants' Motion to Vacate.

Date: April 18, 2-12

Judge Richard D. Bennett
United States District Court
District of Maryland