IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ORRSTOWN BANK, | |
| Plaintiff, | |
| v. | Civil No. 1:12-cv-00345 RDB |
| ARES INVESTMENT GROUP, LLC, et al., | |
| Defendants. | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Modify Briefing Schedule (the "Motion"), it is hereby ORDERED that:

1) The Motion shall be, and hereby is, GRANTED; and

2) The briefing deadlines with respect to Defendants' Motion to Vacate (ECF No. 23) and Defendants' Answer and Counterclaim (ECF No. 24) as set forth in the Court's Order dated April 18, 2012 (ECF No. 30), shall be, and hereby are, modified as follows:

| | |
|---|---|
| Orrstown Bank's deadline to: (a) respond to the Motion to Vacate; (b) respond to the Counterclaim, by answer or motion; and (c) respond to the Answer by any appropriate motion. | May 16, 2012 |
| Defendants' deadline to: (a) file a reply in support of the Motion to Vacate; (b) file an opposition to any motion filed by Orrstown Bank in response to the Counterclaim; and (c) file an opposition to any motion filed by Orrstown Bank in response to the Answer. | June 15, 2012 |
| Orrstown Bank's deadline to: (a) file a reply in support of any motion filed in response to the Counterclaim; and (b) file a reply in support of any motion filed in response to the Answer. | July 2, 2012 |

Either party may move to amend these deadlines for good cause.

Date: April 26, 2012

_____
Judge Richard D. Bennett
United States District Court
District of Maryland