IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ORRSTOWN BANK, | * |
| Plaintiff/Counter-Defendant, | * |
| v. | *  Civil No. 1:12-cv-00345 RDB |
| ARES INVESTMENT GROUP, LLC, et al., | *  **HEARING REQUESTED** |
| Defendants/Counter-Plaintiffs. | * |

## MOTION TO DISMISS COUNTERCLAIM
## AND TO STRIKE IN PART FIRST AMENDED ANSWER

Plaintiff Orrstown Bank, through its undersigned counsel and pursuant to Fed. R. Civ. P. 12, moves to: (a) dismiss Defendants' Counterclaim (ECF No. 24) for failure to state any claim upon which relief can be granted; and (b) strike, in part, Defendants' First Amended Answer (ECF No. 33).

The bases for this motion are set forth in the accompanying memoranda of law, which are incorporated herein by reference.

WHEREFORE, Orrstown Bank respectfully requests that the Court dismiss the Counterclaim with prejudice, strike in part the First Amended Answer, and grant it such other and further relief as deemed just and proper.

Date:  May 16, 2012                                    Respectfully submitted,

/s/  Matthew R. Alsip
_____
Daniel P. Moylan (Bar No. 24719)
Matthew R. Alsip (Bar No. 28002)
Christine C. Carey (Bar No. 29428)
Venable LLP
210 West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204
Telephone: 410-494-6200
Facsimile: 410-821-0147
dpmoylan@venable.com
mralsip@venable.com
cccarey@venable.com

*Counsel for Orrstown Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2012, a copy of the foregoing Motion to Dismiss Counterclaim and to Strike in Part First Amended Answer (with the accompanying memoranda of law, request for hearing, and proposed order) was served via the Court's CM/ECF system and email to:

Paul M. Nussbaum, Esquire
Gary S. Posner, Esquire
Whiteford Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202

*Counsel for Defendants*

/s/ Matthew R. Alsip
_____
Matthew R. Alsip

311109/2