IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ORRSTOWN BANK, | * | |
| | * | |
| Plaintiff/Counter-Defendant, | * | |
| | * | Civil No. 1:12-cv-00345 RDB |
| v. | * | |
| | * | |
| ARES INVESTMENT GROUP, LLC, et al., | * | |
| | * | |
| Defendants/Counter-Plaintiffs. | * | |

## LOCAL RULE 111 SETTLEMENT ORDER DISMISSING CLAIMS AND COUNTER-CLAIMS, VACATING CONFESSED JUDGMENTS AND DENYING OTHER MOTIONS AS MOOT

Pursuant to Local Rule 111, upon notice that the parties have reached a resolution of this matter in the form of a fully-executed agreement dated February 11, 2013, and upon the consent of the parties, it is this __13th__ day of February, 2013, hereby:

ORDERED, that Plaintiff/Counter-Defendant's First Amended Complaint (ECF No. 21), Plaintiff/Counter-Defendant's First Amended Complaint [Redacted] (ECF No. 26) and Plaintiff/Counter-Defendant's Complaint (ECF No. 1), and all of the claims therein shall be, and hereby are, **dismissed without prejudice**; and

ORDERED, that Defendants/Counter-Plaintiffs' Counterclaim (ECF No. 24) and all of the claims therein shall be, and hereby are, **dismissed with prejudice**; and

ORDERED, that the Court's Order dated February 13, 2012 (ECF No. 16) directing the entry of judgments by confession shall be, and hereby is, **vacated without prejudice**; and

ORDERED, that the Clerk of Court's Notices of Entry of Confessed Judgment dated February 13, 2012 (ECF No. 17) as against each and every of the Defendants/Counter-Plaintiffs,

and each and every one of the confessed judgments entered against any one or more of the Defendants/Counter-Plaintiffs, shall be, and hereby are, **vacated without prejudice**; and

ORDERED, that the Court's Order dated December 10, 2012 (ECF No. 40) amending the Order dated February 13, 2012 shall be, and hereby is, **vacated without prejudice**; and

ORDERED, in light of the foregoing, that the following pending motions shall be, and hereby are, **denied as moot**:

a.  Motion to Vacate (ECF No. 23); and

b.  Motion to Dismiss Counterclaim and to Strike in Part First Amended Answer (ECF No. 35); and

c.  Motion to Substitute Party (ECF No. 41).

ORDERED, that the **Clerk of the Court CLOSE THIS CASE**.

Nothing in this Order shall alter any of the parties' rights, duties, or obligations as set forth in the aforementioned agreement dated February 11, 2013.

_____
Judge Richard D. Bennett
United States District Court
District of Maryland

**SEEN AND CONSENTED TO:**

/s/ Matthew R. Alsip
Daniel Patrick Moylan (Bar No. 24719)
Matthew Ryan Alsip (Bar No. 28002)
Christine C. Carey (Bar No. 29428)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, Maryland 21204
Telephone: (410) 494-6200
Facsimile: (410) 821-0147
dpmoylan@venable.com
mralsip@venable.com
cccarey@venable.com

*Counsel for Plaintiff/Counter-Defendant
and for ACM Thornell IV B Azadi LLC*

/s/ Gary S. Posner
Paul M. Nussbaum (Bar No. 04394)
Gary S. Posner (Bar No. 05863)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
Telephone: (410) 347-8700
Facsimile: (410) 223-4394
Facsimile: (410) 223-4306
pnussbaum@wtplaw.com
gposner@wtplaw.com

*Counsel for Defendants/Counter-Plaintiffs*